| | |
|---|---|
| 1 | CHARLES E. KELLY, ESQ. |
| | Nevada Bar No. 4652 |
| 2 | 706 South Eighth Street |
| 3 | Las Vegas, Nevada 89101 |
| | (702) 385-0777 |
| 4 | Attorney for Defendant |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11 CR 00062 JCM LRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING DATE AND ORDER** |
| | ) | **(Second Request)** |
| PAMELA BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW**, Defendant, by and through her counsel, Charles E. Kelly and the United States, by and through Assistant United States Attorney, Sarah Griswold, and hereby requests that this Court approve this Stipulation to Continue the Defendant's Sentencing date from February 6, 2012 to at a convenient date for the Court in May 1, 2012.

The Government does not oppose this Request. The Request is not made for the purposes of delay, and is in the interests of justice. Ms. Black is a critical witness for the Government in a case that is scheduled to go to trial at the end of March. Both parties wish to continue this matter in order to afford Ms. Black the opportunity to testify before being sentenced.

**WHEREFORE**, Defendant and the United States requests that this Sentencing be postponed from February 6, 2012 to a date convenient for the Court no sooner than May 1, 2012.

Respectfully Submitted,

-1-

/s/ *Charles E. Kelly*
Charles E. Kelly
Bar No. 4652
706 S. Eighth Street
Las Vegas, NV 89101
(702) 385-0777

/s/ *Sarah Griswold*
Sarah Griswold
Assistant United States Attorney

"THE ABOVE-MENTIONED REQUEST FOR A SENTENCING CONTINUANCE IS HEREBY GRANTED, ORDERED, AND ADJUDGED"

*James C. Mahan*
James C. Mahan
**UNITED STATES DISTRICT JUDGE**

DATED: January 31, 2012

SENTENCING DATE: 5-7-2012 at
SENTENCING TIME: 10:30 a.m.

-2-