CHARLES E. KELLY, ESQ.
Nevada Bar No. 4652
706 South Eighth Street
Las Vegas, Nevada  89101
(702) 385-0777
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11 CR 00062 JCM LRL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING DATE** |
| PAMELA BLACK, | **(Third Request)** |
| Defendant. | |

**COMES NOW**, Defendant, by and through her counsel, Charles E. Kelly and the United States, by and through Assistant United States Attorney, Sarah Griswold, and hereby requests that this Court approve this Stipulation to Continue the Defendant's Sentencing date until mid July 2012, or to a convenient date for the Court.

The Government does not oppose this Request.   The Request is not made for the purposes of delay, and is in the interests of justice.  Ms. Black is a critical witness for the Government in a case that is scheduled to go to trial July 9, 2012.  Both parties wish to continue this matter in order to afford Ms. Black the opportunity to testify before being sentenced.

**WHEREFORE**, Defendant and the United States requests that this Sentencing be postponed to a date convenient for the Court, but no sooner than no sooner than July 18, 2012.

Respectfully Submitted,

/s/_____

-1-

Charles E. Kelly
Bar No. 4652
706 S. Eighth Street
Las Vegas, NV 89101
(702) 385-0777

/s/_____
Sarah Griswold
Assistant United States Attorney

**"THE ABOVE-MENTIONED REQUEST FOR A SENTENCING CONTINUANCE IS HEREBY GRANTED, ORDERED, AND ADJUDGED"**

_____
**James C. Mahan**
**UNITED STATES DISTRICT JUDGE**

DATED: April 20, 2012

SENTENCING DATE: **7-23-2012**

SENTENCING TIME: **at 11:00 a.m.**