# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY A. WALTON,

    Defendant.

2:11-CR-62-JCM-(CWH)

## ORDER OF FORFEITURE

On May 15, 2013, defendant STANLEY A. WALTON pled guilty to Count One of a Five-Count Superseding Criminal Indictment charging him in Count One with Conspiracy to Commit Bank, Mail, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349, and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $750,000.00 set forth in the Plea Memorandum, and the Forfeiture Allegations in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 25; Change of Plea Minutes, ECF No. 75; Plea Memorandum, ECF No. 76.

This Court finds that STANLEY A. WALTON shall pay a criminal forfeiture money judgment of $750,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STANLEY A. WALTON a criminal forfeiture money judgment in the amount of $750,000.00 in United States Currency.

DATED May 16, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on May 16, 2013, by the below identified method of service:

CM/ECF:

Thomas A. Ericsson
Oronoz & Ericsson, LLP
700 S. Third St.
Las Vegas, NV 89101
tom@oronozlawyers.com
Attorney for Stanley Walton

Charles E. Kelly
Charles E. Kelly & Associates
706 S. Eighth
Las Vegas, NV 89101
ceklv@aol.com
Attorney for Pamela Black

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal